It is so ordered.
/s/James G. Carr
Sr. U.S. District Court Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO DIVISION

| | |
|---|---|
| Charline Coleman, individually and on behalf of all others similarly situated;<br><br>                        Plaintiff,<br><br>-v.-<br>American Collection Systems, Inc.,<br>and<br>John Does 1-25<br><br>                        Defendants. | Civil Action No:<br>3:19-cv-2251 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** September 25, 2020

| For Plaintiff Charline Coleman | For Defendant American Collection Systems, Inc. |
|---|---|
| /s/ Amichai E. Zukowsky<br>Amichai E. Zukowsky<br>Zukowsky Law, LLC<br>23811 Chagrin Blvd., Ste. 160<br>Beachwood, OH 44122<br>216-800-5529<br>ami@zukowskylaw.com | /s/ Jonathan W. Klein<br>Jonathan W. Klein<br>101 Heather Lane<br>Powell, OH 43065<br>614-439-8018<br>Jwk283@aol.com |
| | |

1

## CERTIFICATE OF SERVICE

    I certify that on September 25, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Amichai E. Zukowsky*
                                        Amichai E. Zukowsky
                                        **Zukowsky Law LLC**
                                        23811 Chagrin Blvd., Ste. 160
                                        Beachwood, OH 44122
                                        *Attorneys for Plaintiff*